IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY GREER,

Plaintiff,

v.

1ST MIDAMERICA CREDIT UNION,

Defendant.

Case No. 25-1554 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 4/9/2026          MONICA A. STUMP, Clerk of Court

                         s/ Tina Gray, Deputy Clerk


Approved:    s/J. Phil Gilbert
             J. PHIL GILBERT
             DISTRICT JUDGE